UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,

    Plaintiffs,

v.

Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,

    Defendants.

Civil Action No.:

05  10232  NMG

## MOTION TO ADMIT ANDREW V. BUCHSBAUM PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of the District of Massachusetts, Thomas E. Lent states that he is duly admitted to the Bar of the United States District Court for the District of Massachusetts; that he has reviewed the Certificate of Andrew V. Buchsbaum filed contemporaneously herewith and that he moves the Court for an order authorizing Andrew V. Buchsbaum to appear and practice in this Court as counsel of record for the Plaintiff, Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased in this action.

This 4 day of February, 2005.

2

Joseph A. Kinsella, as Administrator and
personal representative of the Estate of
Katherine Kinsella, and Joseph A. Kinsella,
individually and on behalf of all distributees
of Katherine Kinsella,

By their attorneys,

_____
David E. Lurie, BBO #
Thomas E. Lent, BBO #
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
(617) 367-1970
(617) 367-1971 (facsimile)


Of Counsel, and

_____
Andrew V. Buchsbaum
Friedman & James LLP
132 Nassau Street
New York, NY  10038
(212) 233-9385
(212) 619-2340 (facsimile)

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>Defendants. | 05 10232 NMG<br><br>Civil Action No.: |

**CERTIFICATION OF ANDREW V. BUCHSBAUM IN SUPPORT
OF MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.5.3(b) for the District of Massachusetts, Andrew V. Buchsbaum represents to the Court that:

1. He is a member in good standing of the Bar of the States of New York and New Jersey. He is admitted to practice before all of the courts of the states of New York and New Jersey as well as the United States District Courts for the District of New Jersey and the Northern, Southern, Eastern and Western Districts of New York. He is also admitted to practice before the United States Court of Appeals for the First and Fourth Circuits.

2. There are not now, and never have been, any disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

2

3.  He has familiarized himself with the Local Rules of the United States District Court for the District of Massachusetts.

4.  He and his firm have associated as co-counsel for this action the law firm of Lurie & Krupp, LLP, who have agreed to appear as counsel of record for the plaintiff in this action.

Respectfully submitted,

*[signature]*

Andrew V. Buchsbaum
Friedman & James LLP
132 Nassau Street
New York, NY 10038
(212) 233-9385
(212) 619-2340 (facsimile)

Dated: February 4, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>Defendants. | 05  10232 NMG<br><br>Civil Action No.: |

### ORDER ADMITTING ANDREW V. BUCHSBAUM PRO HAC VICE

Upon consideration of the Motion to Admit Andrew V. Buchsbaum Pro Hac Vice as counsel for Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased, it is hereby ordered that Andrew V. Buchsbaum shall be admitted to the United State District Court for the District of Massachusetts for the purpose of appearing and representing Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased in all proceedings relative to this action.

_____
United States District Judge