UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 05-10232-NMG

JOSEPH A. KINSELLA, as Adminstrator
and personal representative of the
Estate of Katherine Kinsella, and
JOSEPH A. KINSELLA, individually and
on behalf of all distributes of
KATHERINE KINSELLA, deceased
     Plaintiffs,

VS.

INSURANCE COMPANY OF NORTH AMERICA,
GENERAL STAR INDEMNITY COMPANY, FIREMAN'S
FUND INSURANCE COMPANY, WYMAN CHARTER
CORP., MICHAEL P. WYMAN, JOSEPH JAY
SHORE, CORD MITCHELL SHORE, CARALYN SHORE
AND TOAD HALL CORP.
     Defendants.

**DEFENDANT, MICHAEL P. WYMAN'S,**
**ANSWER TO PLAINTIFFS' COMPLAINT**

Now comes the defendant, Michael P. Wyman, in the above captioned matter, by and through its undersigned counsel, Clinton & Muzyka, P.C., and submits its Answer to Plaintiffs' Complaint as follows:

**Nature of Action**:

1. The allegations contained in paragraph 1 are statements of law to which no answer is required of this defendant. To the extent an answer is required, the defendant denies same.

2

**Jurisdiction and Venue**:

 2. The allegations contained in paragraph 2 are statements of law to which no answer is required of this defendant. To the extent an answer is required, the defendant denies same.

 3. The allegations contained in paragraph 4 are statements of law to which no answer is required of this defendant. To the extent an answer is required, the defendant denies same.

 4. The allegations contained in paragraph 4 are statements of law to which no answer is required of this defendant. To the extent an answer is required, the defendant denies same.

**The Parties**:

 5. The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and, therefore, denies same.

 6. The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and, therefore, denies same.

 7. The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to

3

the truth of the allegations contained in paragraph 7 and, therefore, denies same.

8.   The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and, therefore, denies same.

9.   The The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and, therefore, denies same.

10.  The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and, therefore, denies same.

11.  The defendant, Michael P. Wyman, admits the allegations contained in paragraph 11.

12.  The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and, therefore, denies same.

13.  The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and, therefore, denies same.

14. The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and, therefore, denies same.

15. The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 and, therefore, denies same.

**The Alleged Accident**:

16. The defendant, Michael P. Wyman, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 and, therefore, denies same.

17. The defendant, Michael P. Wyman, admits the allegations contained in paragraph 17.

18. The defendant, Michael P. Wyman, admits the allegations contained in paragraph 18.

19. The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 and, therefore, denies same.

20. The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of

5

the allegations contained in paragraph 20 and, therefore, denies same.

21.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 and, therefore, denies same.

22.  The defendant, Michael P. Wyman, denies the allegations contained in paragraph 22.

**The Underlying Action (Lawsuit):**

23.  The defendant, Michael P. Wyman, admits the allegations contained in paragraph 23.

24.  The defendant, Michael P. Wyman, admits the allegations contained in paragraph 24.

**The Insurance Policies:**

25.  The defendant, Michael P. Wyman, denies knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 and, therefore, denies same.

26.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 and, therefore, denies same.

27.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of

6

the allegations contained in paragraph 27 and, therefore, denies same.

### Cause of Action for Declaratory Judgment

28.  The defendant, Michael P. Wyman, realleges and reaffirms its responses to paragraphs 1 through 27, inclusive, as though fully set forth herein.

29.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 and, therefore, denies same.

30.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 and, therefore, denies same.

31.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 and, therefore, denies same.

32.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 and, therefore, denies same.

33.  The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of

7

the allegations contained in paragraph 33 and, therefore, denies same.

34.   The defendant, Michael P. Wyman, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 and, therefore, denies same.

35.   The defendant, Michael P. Wyman, denies the allegations contained in paragraph 35.

**WHEREFORE**, the defendant prays that this Honorable Court dismiss Plaintiffs' Complaint with costs and reasonable attorney's fees.

### AFFIRMATIVE DEFENSES

The defendant incorporates the following Affirmative Defenses into its Answer as follows:

### FIRST AFFIRMATIVE DEFENSE

And further answering and as a complete and separate defense, defendant states that Plaintiffs' Complaint fails to state a cause of action against Michael P. Wyman upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

And further answering and as a complete and separate defense, defendant states that plaintiffs lack standing to bring a Complaint on the facts of the case in chief for Declaratory Judgment on the issues of insurance coverage.

8

**THE DEFENDANT DEMANDS
TRIAL BY JURY ON ALL ISSUES RAISED IN ITS
ANSWERS AND AFFIRMATIVE DEFENSES, EXCEPT AS TO
LIMITATION OF LIABILITY WHICH IS UNIQUE TO THE
COURT'S DETERMINATION**

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Thomas E. Clinton"
**Thomas E. Clinton
BBO NO: 086960
Robert E. Collins
BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  March 1, 2005