AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

Joseph A. Kinsella, as Administrator,
et al.

**SUMMONS IN A CIVIL CASE**

V.

Insurance Company of North America, et al.

CASE NUMBER: 05 10232 NMG

TO: (Name and address of defendant)
Fireman's Fund Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Lurie, Esq.
Lurie & Krupp, LLP
1 McKinley Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

[signature]
(BY) DEPUTY CLERK

FEB - 4 2005
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 8, 2005 |
| NAME OF SERVER (PRINT) John Roberto | TITLE Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by serving "In-Hand" upon Yvonne Torres Legal Assistant Mass Division of Insurance Accepting Service For Fireman's Fund Insurance, 1 South Station, Boston, MA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $35.00 | $35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 8, 2005
Date

Signature of Server: John Roberto

Address of Server: 92 State Street, Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.