UNITED STATES DISTRICT COURT
DISTRICT OF MASSACUSETTS

Joseph A. Kinsella as Administrator et al.

VS.                                         CASE NO. 05-10232 NMG

Insurance Company of North America et al.

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT
                        SS: WATERBURY
COUNTY OF NEW HAVEN

Sean Greene, the undersigned, being duly sworn, deposes and says that he was at the time of service over the age of twenty-one and was not a party to this action.

That on Thursday, March 17, 2005 at 2:45 PM., Deponent served the within named General Star Indemnity Co. by delivering a true copy of the Summons and Complaint to Ryan Opria Esq. / General Counsel, a person authorized to accept service of process on behalf of General Star Indemnity Co. Said service was effected at General Star Indemnity Co., 695 East Main Street, Stamford, CT. 06904-2354.

Ryan Opria Esq. is a White Male approximately 32 years of age, 5' 9" Tall and approximately 200-225 pounds with Black hair and Glasses were also noted.

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

State of Connecticut
County of New Haven

The undersigned declares under penalty
of perjury that the foregoing is true, correct
and my free act and deed,

Subscribed to and sworn, before me today,
March 18, 2005.

Sean Greene, Process Server March 17, 2005

Tracy Brisee, Notary Public
My Commission Expires December 31st, 2005.