

**FRANK VALVERDE**
(516) 357-3339
frank.valverde@rivkin.com

March 29, 2005

**VIA OVERNIGHT MAIL**

Honorable Nathaniel M. Gorton, U.S.D.J.
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

ATTN: Craig Nicewicz

           Re:   *Kinsella v. Insurance Co. of North America,*
                Docket No.: 05-10232 NMG

Dear Judge Gorton:

      We represent defendant Insurance Company of North America ("ICNA") in the above-referenced matter. Please allow this to confirm our recent conversation with your clerk, Craig Nicewicz, where we informed the Court that we are presently seeking local counsel to answer, move or otherwise respond to plaintiff Kinsella's complaint in this matter.

      Plaintiff's counsel, Andrew Buchsbaum, Esq., has agreed to provide ICNA an additional thirty (30) days, to and including April 29, 2005, to answer, move or otherwise respond to the complaint. The original date within which to respond to the complaint is March 29, 2005. Mr. Nicewicz has advised that the Court will not seek to default ICNA within the aforementioned time period and that a motion to extend the time to respond will be unnecessary at this time.

      Thank you for your consideration of this matter.

                                Respectfully submitted,

                                RIVKIN RADLER LLP

                                Frank A. Valverde

926 EAB Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

275 Madison Avenue
New York, NY
10016-1101
Tel: 212.455.9555
Fax: 212.687.9044

47 Maple Street
The Atrium, Third Floor
Summit, NJ 07901-2505
Tel: 908.608.2200
Fax: 908.608.0569

www.rivkinradler.com

# RIVKINRADLER
ATTORNEYS AT LAW

Hon. Judge Gorton
March 29, 2005
Page 2

cc: **VIA FACSIMILE**

David E. Lurie, Esq.
Lurie & Krupp, LLP
One McKinley Square
Boston, Massachusetts 02109
Fax No.: (617) 367-1971

Andrew V. Buchsbaum
Friedman & James, LLP
132 Nassau Street
New York, New York 10038
Fax No.: (212) 619-2340

1848383 v1