AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

28355

Joseph A. Kinsella, as Administrator, et al.

**SUMMONS IN A CIVIL CASE**

v.

Insurance Company of North America, et al.

CASE NUMBER: 05-10232 NMG

TO: (Name and address of defendant)

Insurance Company of North America

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Lurie, Esq.
Lurie & Krupp, LLP
1 McKinley Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

FEB - 4 2005
DATE

(BY) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  3/18/05 |
| NAME OF SERVER (PRINT)  Rich Scollon | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Insurance Company of North America at 1601 Chestnut St., Phila., PA was accepted by Saverio Rocca (attorney).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/18/05
                Date

Signature of Server

Dennis Richman's Services
1617 JFK Blvd., Phila., PA 19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.