UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>     Plaintiffs,<br><br>     v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>     Defendants. | CIVIL ACTION NO. 05-10232 NMG |

**DEFENDANT GENERAL STAR INDEMNITY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT**

  The defendant General Star Indemnity Company ("General Star"), through its counsel, Sugarman, Rogers, Barshak & Cohen, P.C., submits its Answer to Plaintiffs' Complaint as follows:

**Nature of Action:**

  1. The allegations contained in this paragraph are statements of law to which no answer is required.  To the extent an answer is required, the defendant denies same.

**Jurisdiction and Venue**:

  2. The allegations contained in this paragraph are statements of law to which no answer is required.  To the extent an answer is required, the defendant denies same.

3. The allegations contained in this paragraph are statements of law to which no answer is required. To the extent an answer is required, the defendant denies same.

4. The allegations contained in this paragraph are statements of law to which no answer is required. To the extent an answer is required, the defendant denies same.

**The Parties:**

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

7. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

8. The defendant admits the allegations in this paragraph.

9. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

11. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

13. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

14. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

15. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

### The Alleged Accident:

16. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

17. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

18. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

19. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

20. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

21. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

22. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

### The Underlying Action (Lawsuit)

23. The defendant admits the allegations in this paragraph.

24. The defendant admits the allegations in this paragraph.

### The Insurance Policies

25. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

26. The defendant admits the allegations in this paragraph.

27. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies same.

### Cause of Action For Declaratory Judgment

28. Defendant and repeats and realleges its responses to paragraphs 1 through 27 of the Complaint as if set forth fully at length herein.

29. Defendant denies the allegations of this paragraph insofar as they refer to the obligations of defendant General Star Indemnity Company. The defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore denies same.

30. Defendant denies the allegations of this paragraph insofar as they refer to the obligations of defendant General Star Indemnity Company. The defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore denies same.

31. Defendant denies the allegations of this complaint insofar as they refer to the defendant General Star Indemnity Company. The defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore denies same.

32. Defendant denies the allegations of this complaint insofar as they refer to the obligations of defendant General Star Indemnity Company. The defendant is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore denies same.

33. Defendant denies the allegations of this complaint insofar as they refer to the obligations of defendant General Star Indemnity Company. The defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore denies same.

34. Defendant denies the allegations of this complaint insofar as they refer to the obligations of defendant General Star Indemnity Company. The defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph, and therefore denies same.

35. Defendant denies the allegations in this paragraph.

WHEREFORE, the defendant prays that this Court dismiss Plaintiffs' Complaint with costs and reasonable attorney's fees.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The defendant states that the plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The defendant states that there is no coverage available under the policy for plaintiffs' claims.

### THIRD AFFIRMATIVE DEFENSE

The defendant states that the plaintiffs have no standing to seek the requested relief.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint against this defendant must be dismissed for insufficiency of service of process.

### FIFTH AFFIRMATIVE DEFENSE

The defendant states that there is no coverage available under the General Star policy.

### SIXTH AFFIRMATIVE DEFENSE

The complaint against the defendant must be dismissed for lack of personal jurisdiction.

### SEVENTH AFFIRMATIVE DEFENSE

The defendant states that to the extent that there is any coverage available under the General Star policy, such coverage is subject to the terms, limitations, conditions and exclusions of the policy.

GENERAL STAR INDEMNITY COMPANY,

By its Attorneys,

//Samuel M. Furgang
Samuel M. Furgang, BBO No. 559062
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
Tel.: (617) 227-3030

Dated: April 6, 2005

361567