UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>           Plaintiffs,<br><br>           v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>           Defendants. | CIVIL ACTION NO. 05-10232 NMG |

## NOTICE OF APPEARANCE

TO THE ABOVE-NAMED COURT:

    Please enter the appearance of the undersigned as counsel for the defendant General Star Indemnity Company in the above-entitled action.

           GENERAL STAR INDEMNITY COMPANY,

           By its Attorneys,

           //Samuel M. Furgang
           Samuel M. Furgang, BBO No. 559062
           Sugarman, Rogers, Barshak & Cohen, P.C.
           101 Merrimac Street
           Boston, MA 02114
           Tel.: (617) 227-3030

Dated: April 6, 2005

2

361590

Case 1:05-cv-10232-NMG    Document 12    Filed 04/06/2005    Page 2 of 2