UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>            Plaintiffs,<br><br>            v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>            Defendants. | CIVIL ACTION NO. 05-10232 NMG |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
GENERAL STAR INDEMNITY COMPANY**

      The undersigned, counsel of record for Defendant, General Star Indemnity Company certifies that General Star Indemnity Company is a wholly owned subsidiary of the General Reinsurance Corporation, which is a wholly owned subsidiary of the General Re Corporation which is a wholly owned subsidiary of Berkshire Hathaway Inc. which is publicly traded on the New York Stock Exchange.

                                                  Defendant,
                                                  By its Attorneys,

                                                  __/s/_ Samuel M. Furgang_____
                                                  Samuel M. Furgang, BBO #559062
                                                  SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
                                                  101 Merrimac Street, 9th Floor
                                                  Boston, MA 02114

Dated: April 22, 2005