

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator and Personal Representative Of The Estate Of Katherine Kinsella, And JOSEPH A. KINSELLA, Individually And On Behalf Of All Distributees Of Katherine Kinsella, Deceased,<br><br>           Plaintiffs,<br><br>v.<br><br>INSURANCE COMPANY OF NORTH AMERICA GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE, AND TOAD HALL CORP.,<br><br>           Defendants. | **CIVIL ACTION NO. 05-10232-NMG**<br><br>**(JUDGE NATHANIEL M. GORTON)** |

---

## NOTICE OF APPEARANCE

On behalf of the Defendant Fireman's Fund Insurance Company in the above case, please enter the appearances of Mark W. Roberts and Andrew Rainer of the law firm McRoberts, Roberts & Rainer, LLP, 53 State Street, Boston, Massachusetts 02109.

DEFENDANT FIREMAN'S FUND
INSURANCE CO.,

By: _____
Mark W. Roberts
Bar No. 554038
Andrew A. Rainer
Bar No. 542067
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 722-8222
Fax: (617) 720-2320

DATED: April 29, 2005

## CERTIFICATION

This is to certify that on this 29th day of April, 2005, I hereby mailed via first class mail a copy of the foregoing to:

Counsel for Plaintiffs:

David E. Lurie
Thomas E. Lent
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 012109

Andrew V. Buchsbaum
Friedman & James, LLP
132 Nassau Street
New York, NY 10038

Counsel for Joseph J. Shore, Cord Mitchell Shore, Carylyn Shore and Toad Hall Corp.

Paul G. Boylan
Kevin G. Kenneally
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

_____
Mark W. Roberts