UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOSEPH A. KINSELLA, As Administrator and )
Personal Representative Of The Estate Of Katherine )
Kinsella, And JOSEPH A. KINSELLA, Individually )
And On Behalf Of All Distributees Of Katherine )
Kinsella, Deceased, )
                                                                       )   **CIVIL ACTION NO.**
                            Plaintiffs,    )   **05-10232-NMG**
                                                         )
v.                                                               )   **(JUDGE NATHANIEL**
                                                              )   **M. GORTON)**
INSURANCE COMPANY OF NORTH AMERICA )
GENERAL STAR INDEMNITY COMPANY, )
FIREMAN'S FUND INSURANCE COMPANY, )
WYMAN CHARTER CORP., MICHAEL P. )
WYMAN, JOSEPH JAY SHORE, CORD MITCHELL )
SHORE, CARALYN SHORE, AND TOAD HALL )
CORP., )
                                                              )
                            Defendants.    )
                                                              )

---

## MOTION ON BEHALF OF DEFENDANT FIREMAN'S FUND INSURANCE COMPANY FOR ADMISSION OF ATTORNEYS GARY D. CENTOLA AND FRANK A. VALVERDE PRO HAC VICE

The undersigned attorney for the Defendant Fireman's Fund Insurance Company respectfully moves this Court for the admission of Attorneys Gary D. Centola and Frank A. Valverde as visiting lawyers to represent the Defendant Fireman's Fund Insurance Company in the above-captioned action, and in support of this motion states:

    1.    The office address for Attorneys Centola and Valverde is:

        Rivkin Radler, LLP
        926 EAB Plaza
        Uniondale, New York 11556

2. Attorney Centola is a member in good standing of the bars of New York, since 1977, of the United States District Courts for the Eastern District of New York, since 1985, and the Southern District of New York since 1988.

3. Attorney Centola has no grievances pending against him and has never been reprimanded, suspended or placed on inactive status or disbarred, nor has he ever resigned from the practice of law.

4. Attorney Valverde is a member in good standing of the bars of New York, since 2002, of the United States District Courts for the Eastern District of New York, since 2002, and the Southern District of New York since 2002.

5. Attorney Valverde has no grievances pending against him and has never been reprimanded, suspended or placed on inactive status or disbarred, nor has he ever resigned from the practice of law.

6. Attorneys Centola and Valverde have an attorney client relationship with the Defendant, Fireman's Fund Insurance Company, concerning the subject matter of this case. Attorneys Centola and Valverde also have extensive experience in insurance coverage litigation and have acquired specialized knowledge regarding the Defendant Fireman's Fund Insurance Company's affairs important to the trial of this case.

7. The undersigned counsel, Mark W. Roberts and Andrew Rainer, of McRoberts, Roberts & Rainer, 53 State Street, Boston, Massachusetts 02109 shall serve as local counsel for Defendant Fireman's Fund Insurance Company upon whom service of all papers may be made.

8. The payment of the prescribed amount to the Clerk of this Court ($100.00) accompanies this motion.

WHEREFORE, the Defendant, Fireman's Fund Insurance Company respectfully request that Attorneys Centola and Valverde be admitted as visiting lawyers and granted permission to represent the Defendant in this action as counsel pro hac vice.

DEFENDANT FIREMAN'S FUND
INSURANCE CO.,

By: _____
Mark W. Roberts
Bar No. 554038
Andrew A. Rainer
Bar No. 542067
McRoberts, Roberts & Rainer, LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 722-8222
Fax: (617) 720-2320

DATED: April 29, 2005

## CERTIFICATION

This is to certify that on this 29th day of April, 2005, I hereby mailed via first class mail a copy of the foregoing to:

Counsel for Plaintiffs:

David E. Lurie
Thomas E. Lent
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 012109

Andrew V. Buchsbaum
Friedman & James, LLP
132 Nassau Street
New York, NY 10038

Counsel for Joseph J. Shore, Cord Mitchell Shore, Carylyn Shore and Toad Hall Corp.

Paul G. Boylan
Kevin G. Kenneally
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

_____
Mark W. Roberts

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOSEPH A. KINSELLA, As Administrator and Personal )
representative Of The Estate Of Katherine Kinsella, And )
JOSEPH A. KINSELLA, Individually And On Behalf Of )
All Distributees Of Katherine Kinsella, Deceased, ) **CIVIL ACTION NO.**
) **05-10232-NMG**
Plaintiffs, )
) **(JUDGE NATHANIEL M.**
v. ) **GORTON)**
)
INSURANCE COMPANY OF NORTH AMERICA )
GENERAL STAR INDEMNITY COMPANY, )
FIREMAN'S FUND INSURANCE COMPANY, )
WYMAN CHARTER CORP., MICHAEL P. )
WYMAN, JOSEPH JAY SHORE, CORD MITCHELL )
SHORE, CARALYN SHORE, AND TOAD HALL CORP., )
)
Defendants. )

---

## AFFIDAVIT OF FRANK A. VALVERDE, ESQ.

I, Frank A. Valverde, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by the Defendant, FIREMAN'S FUND INSURANCE COMPANY, in this case.

2. I have been a member in good standing of the New York Bar since 2002.

3. I have been a member in good standing of the United States District Courts for the Eastern and Southern Districts of New York since 2002.

4. I am an associate at the law firm of Rivkin Radler, LLP, 926 EAB Plaza, Uniondale, New York 11556.

5. There are no grievances pending against me. I have never been reprimanded,

suspended, placed on inactive status or disbarred, nor have I ever resigned from the practice of law.

6.  I have an attorney client relationship with the Defendant, FIREMAN'S FUND INSURANCE COMPANY, concerning the subject matter of this case. I also have extensive experience in insurance coverage litigation and have acquired specialized knowledge regarding Defendant, FIREMAN'S FUND INSURANCE COMPANY'S affairs important to the trial of this case.

*[signature]*
Frank A. Valverde, Esq.

STATE OF NEW YORK    )
NASSAU COUNTY        )

Subscribed and Sworn to
before me this 26th day of April, 2005

*[signature]*
Notary Public
My Commission Expires: 1/31/07

JOANN MARINO
Notary Public, State of New York
No. 30-4759988
Qualified in Nassau County
Commission Expires 1/31/07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator and Personal representative Of The Estate Of Katherine Kinsella, And JOSEPH A. KINSELLA, Individually And On Behalf Of All Distributees Of Katherine Kinsella, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE COMPANY OF NORTH AMERICA GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE, AND TOAD HALL CORP.,<br><br>Defendants. | CIVIL ACTION NO.<br>05-10232-NMG<br><br>(JUDGE NATHANIEL M. GORTON) |

---

### AFFIDAVIT OF GARY D. CENTOLA, ESQ.

I, Gary D. Centola, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by the Defendant, FIREMAN'S FUND INSURANCE COMPANY, in this case.

2. I have been a member in good standing of the New York Bar since 1977.

3. I have been a member in good standing of the United States District Courts for the Eastern District of New York, since 1985, and the Southern District of New York, since 1988.

4. I am a member of the law firm of Rivkin Radler, LLP, 926 EAB Plaza, Uniondale, New York 11556.

5. There are no grievances pending against me. I have never been reprimanded,

suspended, placed on inactive status or disbarred, nor have I ever resigned from the practice of law.

6.  I have an attorney client relationship with the Defendant, FIREMAN'S FUND INSURANCE COMPANY, concerning the subject matter of this case. I also have extensive experience in insurance coverage litigation and have acquired specialized knowledge regarding Defendant, FIREMAN'S FUND INSURANCE COMPANY'S affairs important to the trial of this case.

_____
Gary D. Centola, Esq.

STATE OF NEW YORK  )
NASSAU COUNTY      )

Subscribed and Sworn to
before me this 26th day of April, 2005

_____
Notary Public
My Commission Expires: 1/31/07

JOANN MARINO
Notary Public, State of New York
No. 30 4780958
Qualified in Nassau County
Commission Expires 1/31/07