UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 17  A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator and Personal Representative Of The Estate Of Katherine Kinsella, And JOSEPH A. KINSELLA, Individually And On Behalf Of All Distributees Of Katherine Kinsella, Deceased,<br><br>  Plaintiffs,<br><br>v.<br><br>INSURANCE COMPANY OF NORTH AMERICA GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE, AND TOAD HALL CORP.,<br><br>  Defendants. | **CIVIL ACTION NO. 05-10232-NMG**<br><br>**(JUDGE NATHANIEL M. GORTON)** |

---

STIPULATION FOR EXTENSION OF TIME FOR
ANSWER OF FIREMAN'S FUND INSURANCE COMPANY

Joseph A Kinsella, as Administrator and Personal Representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all Distributees of Katherine Kinsella, Deceased ("Plaintiffs") and Fireman's Fund Insurance Company ("Fireman's Fund"), by and through their attorneys, hereby stipulate and agree that Fireman's Fund has an extension up to and including June 3, 2005 to file a responsive pleading to

the Complaint filed by the Plaintiffs in the above-captioned matter which is dated February 4, 2005.

Dated this 16th day of May, 2005.

| The Plaintiffs,<br>By their attorneys, | Fireman's Fund Insurance Company<br>By its attorneys, |
|---|---|
| _____<br>David E. Lurie, BBO # 542030<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA 02109<br>(617) 367-1970<br>(617) 367-1971 (Facsimile) | _____<br>Mark W. Roberts BBO # 554038<br>McRoberts, Roberts & Rainer, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 722-8222<br>(617) 720-2320 (facsimile) |

Of Counsel, and

_____
Andrew V. Bachsbaum
Friedman & James LLP
132 Nassau Street
New York, N.Y. 10038
(212) 233-9385
(212) 619-2340 (facsimile)