UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHERINE KINSELLA, AND JOSEPH A. KINSELLA, INDIVIDUALLY AND ON BEHALF OF ALL DISTRIBUTEES OF KATHERINE KINSELLA, DECEASED, <br><br> Plaintiffs, <br><br> vs. <br><br> INSURANCE COMPANY OF NORTH AMERICA, GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE AND TOAD HALL CORP. <br><br> Defendants. | Civil Action No. 05-10232-NMG |

**INSURANCE COMPANY OF NORTH AMERICA'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Defendant, Insurance Company of North America, is wholly owned by INA Holdings Corporation, which is owned by INA Financial Corporation, which is a holding company of INA Corporation, which is owned by ACE, Ltd., a publicly held company.

INSURANCE COMPANY OF NORTH AMERICA

By its Attorneys,

Date: May 23, 2005

_____
David D. Dowd, BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108
(617) 523-2990

### Certificate of Service

I, David D. Dowd, hereby certify that on the date above written I served a true copy of the foregoing pleading by first class mail, postage prepaid, directed to:

Samuel M. Furgang, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY 10038

Thomas E. Clinton, Esquire
Clinton & Muzyka, P.C.
One Washington Mall, S. 1400
Boston, MA 02108

Peter G. Boylan, Esquire
Donovan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA 02210

Bertram E. Snyder, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110

_____
David D. Dowd