FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAY 31  P 2: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION
NO: 05-10232-NMG

JOSEPH A. KINSELLA, as Administrator
and personal representative of the
estate of Katherine Kinsella, and
JOSEPH A. KINSELLA, individually and
On behalf of all distributes of
KATHERINE KINSELLA, deceased
        Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH AMERICA,
GENERAL STAR INDEMNITY COMPANY, FIREMAN'S
FUND INSURANCE COMPANY, WYMAN CHARTER
CORP., MICHAEL P. WYMAN, JOSEPH JAY
SHORE, CORD MITCHELL SHORE,
CARALYN SHORE
AND TOAD HALL CORP.
        Defendants.

## WYMAN CHARTER CORP'S
## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

    Defendant, Wyman Charter Corp. has no parent corporation and its shares are not publicly held.

    WYMAN CHARTER CORP.

    By its Attorneys,

Date: May 27, 2005

    Bertram E. Snyder, BBO #471320
    Looney & Grossman LLP
    101 Arch Street
    Boston, MA 02110
    (617) 951-2800

## Certificate of Service

I, Bertram E. Snyder, hereby certify that on the date above written I served a true copy of the foregoing pleadings by first class mail, postage prepaid, directed to:

Samuel M. Furgang, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY 10038

Peter G. Boylan, Esquire
Donovan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA 02210

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Thomas E. Clinton, Esquire
Clinton & Muzyka, P.C.
One Washington Mall, S. 1400
Boston, MA 02108

David D. Dowd
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108

_____
Bertram E. Snyder