UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>                Plaintiffs,<br><br>                v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>                Defendants. | Civil Action No.: 05-10232<br><br>Judge Nathaniel M. Gorton |

## **JOINT STATEMENT AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and the Court's Order entered April 7, 2005, counsel for all Parties submit this Joint Statement and Proposed Discovery Plan:

**I.  RULE 26(f) CONFERENCE OF THE PARTIES**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel for the Parties have conferred to discuss: 1) the nature and basis for their claims and defenses; 2) the possibility for a prompt settlement or resolution of the case; 3) to arrange for the disclosures required by Rule 26(a)(1); 4) to develop a proposed plan of the case that includes a discovery plan; 5) to prepare an agenda of items to be discussed a the scheduling conference; and 6) to consider whether they will consent to trial by magistrate judge.

Pursuant to Local Rule 16.1(C), the Parties agreed to extend the time for Plaintiffs to send a written settlement proposal to Defendants until July 1, 2005.

The Parties are NOT willing to consent to a trial by magistrate judge.

Defendants Joseph Shore, Cord Shore, Carolyn Shore and Toad Hall Corp. have filed a motion to consolidate this action with the action captioned "Joseph A. Kinsella, etc. v. Wyman Charter Corp., et al.," United States District Court, District of Massachusetts, Civil Action No. 04-11615. Defendants Wyman Corp., Michael Wyman individually, and Fireman's Fund Insurance Company have indicated that they will object to the consolidation.

Defendant Fireman's Fund Insurance Company has indicated its intent to file a motion to dismiss within sixty (60) days pursuant to Fed.R.Civ.P. 12(b) and/or 12(c).

## II.  PROPOSED DISCOVERY SCHEDULE

| | |
|---|---|
| Deadline to Complete Fact Discovery | March 17, 2006 |
| Plaintiff's Designation of Expert and Service of Expert Report (if any) | April 7, 2006 |
| Defendants' Designation of Expert and Service of Expert Report (if any) | April 28, 2006 |
| Deadline to Complete Expert Depositions | May 26, 2006 |
| Deadline to File Summary Judgment Motions (if any) | June 23, 2006 |
| Deadline for Fireman's Fund Ins. Co. to file its motion pursuant to Fed.R.Civ.P. 12(b) and/or 12(c) | August 3, 2005 |

The Parties agree to extension of these deadlines for good cause; or, in the event the Parties do not utilize experts, to reduce the period of time set by the foregoing schedule, as appropriate.

**III.    CERTIFICATIONS**

The undersigned attorneys for each Party, and as authorized representatives of each Party, affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  June 1, 2005

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, | Wyman Charter Corp. |
| By their attorneys,<br>Lurie & Krupp LLP<br>(617) 542-6000<br>(617) 542-2241 (facsimile) | By its attorneys,<br><br>/s/ Bertram E. Snyder<br>_____<br>Bertram E. Snyder, Esq. (BBO #471320)<br>Patrick O. McAleer, Esq. (BBO #642627)<br>Looney & Grossman LLP<br>101 Arch Street<br>Boston, MA  02110-1112<br>(617) 951-2800<br>(617) 951-2819 (facsimile) |
| Of Counsel, and<br><br>/s/ Andrew V. Buchsbaum<br>_____<br>Andrew V. Buchsbaum<br>(admitted *pro hac vice*)<br>Friedman & James LLP<br>132 Nassau Street<br>New York, NY  10038<br>(212) 233-9385<br>(212) 619-2340 (facsimile) | |
| Michael P. Wyman | Joseph Shore, Cord Shore, Caralyn Shore, and Toad Hall Corp. |
| By his attorneys,<br><br>/s/ Thomas E. Clinton<br>_____<br>Thomas E. Clinton, Esq. (BBO # 086960)<br>Clinton & Muzyka, P.C.<br>One Washington Mall, Suite 1400<br>Boston, MA  02108<br>(617) 723-9165<br>(617) 720-3489 (facsimile) | By their attorneys,<br><br>/s/ Paul G. Boylan<br>_____<br>Paul G. Boylan (BBO #052320)<br>Kevin G. Kenneally (BBO # 550050)<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>(617) 406-4513<br>(617) 406-4501 (facsimile) |

| General Star Indemnity Co. | Insurance Company of North America |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Samuel M. Furgang | /s/ David D. Dowd |
| Samuel M. Furgang, Esq.  (BBO#559062)<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac St.<br>Boston, MA   02114<br>(617) 227-3030<br>(617)  523-4001(facsimile) | David D. Dowd (BBO #132660)<br>Curley & Curley, P.C.<br>27 School Street, Suite 600<br>Boston, MA   02108<br>(617) 523-2990<br>(617) 523-7602 (facsimile) |
| Fireman's Fund Ins. Co. | Fireman's Fund Ins. Co. |
| By its attorneys, | By its attorneys, |
| /s/ Mark W. Roberts | /s/ Gary D. Centola |
| Mark W. Roberts, Esq. (BBO#554038)<br>McRoberts, Roberts & Rainer, L.L.P.<br>Exchange Place<br>53 State St.<br>Boston, MA   02109<br>(617) 722-8222<br>(617) 720-2320  (facsimile) | Gary D. Centola, Esq.*<br>Frank A. Valverde, Esq.*<br>Rivkin Radler LLP<br>926 EAB Plaza<br>Uniondale, NY   11556-0926<br>(516) 357-3000<br>(516) 357-3333 (facsimile) |
| | *admitted *pro hac vice* |