UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 05-10232-NMG

JOSEPH A. KINSELLA, as Administrator
and personal representative of the
Estate of Katherine Kinsella, and
JOSEPH A. KINSELLA, individually and
on behalf of all distributes of
KATHERINE KINSELLA, deceased
    Plaintiffs,

vs.

INSURANCE COMPANY OF NORTH AMERICA,
GENERAL STAR INDEMNITY COMPANY, FIREMAN'S
FUND INSURANCE COMPANY, WYMAN CHARTER
CORP., MICHAEL P. WYMAN, JOSEPH JAY
SHORE, CORD MITCHELL SHORE, CARALYN SHORE
AND TOAD HALL CORP.
    Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

WYMAN CHARTER CORP., ET AL

_/s/ Michael P. Wyman_
Michael P. Wyman
100 Breed's Hill Rd., Unit 8
Hyannis, MA 02601

CLINTON & MUZYKA, P.C.

_/s/ Thomas E. Clinton_
Thomas E. Clinton
BBO NO. 086960
One Washington Mall
Suite 1400
Boston, MA 02108
(617)723-9165

## CERTIFICATE OF SERVICE

I, Thomas E. Clinton, certify that on this _8th_ day of June, 2005, I served the foregoing, by mailing a copy thereof, postage prepaid, to the following counsel of record.

Samuel M. Furgang, Esquire
Sugarman, Rogers, Barshak &
    Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY 10038

Peter G. Boylan, Esquire
Donivan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA 02210

Gary D. Centola, Esquire
Frank A. Valverde, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, NY 11556

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Bertram E. Snyder, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110

David D. Dowd
Curley & Curley, P.C.
27 School Street
Suite 600
Boston, MA 02108

Ian McColgin
Defendant Pro-Se
P.O. Box 1991
Hyannis, MA 02601

_____
Thomas E. Clinton