UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF EASTERN MASSACHUSETTS

JOSEPH A. KINSELLA, As Administrator, )
*et al.*, )
        Plaintiffs, )
)
v. )  CIVIL ACTION NO. 05-10232-NMG
)  (JUDGE NATHANIEL M. GORTON)
INSURANCE COMPANY OF NORTH )
AMERICA, *et al.*, )
        Defendants. )
)

**STATEMENT OF DISCLOSURE
BY COUNSEL TO JOSEPH JAY SHORE**

We do hereby certify as follows:

1.    I, Paul G. Boylan, with my partner, Kevin G. Kenneally, am an attorney for defendant Joseph Jay Shore in the above-captioned action.

2.    I, Joseph Jay Shore, am a defendant in the above-captioned action.

3.    We have conferred together with a view to establishing a budget for said litigation. We have also considered alternative courses for the litigation and have considered resolution through the use of alternative dispute resolution programs.

Defendant,
JOSEPH JAY SHORE
By his attorneys,

_____
Paul G. Boylan, BBO No. 052320
Kevin G. Kenneally, BBO No. 550050
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4513

Dated: 06/02/05

_____
Joseph Jay Shore

Dated: 06/02/05