UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF EASTERN MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator, *et al.*,<br>　　　　Plaintiffs,<br><br>　v.<br><br>INSURANCE COMPANY OF NORTH AMERICA, *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10232-NMG<br>)  (JUDGE NATHANIEL M. GORTON)<br>)<br>)<br>)<br>) |

**STATEMENT OF DISCLOSURE
BY COUNSEL TO CARYLYN SHORE**

We do hereby certify as follows:

1. I, Paul G. Boylan, with my partner, Kevin G. Kenneally, am an attorney for defendant Carylyn Shore in the above-captioned action.

2. I, Carylyn Shore, am a defendant in the above-captioned action.

3. We have conferred together with a view to establishing a budget for said litigation. We have also considered alternative courses for the litigation and have considered resolution through the use of alternative dispute resolution programs.

　　　　　　　　　　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　　　　　　　　　　CARYLYN SHORE
　　　　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　　　　/s/ Paul G. Boylan
　　　　　　　　　　　　　　　　　　　　　/s/ Carylyn Shore
　　　　　　　　　　　　　　　　　　　　　Paul G. Boylan, BBO No. 052320
　　　　　　　　　　　　　　　　　　　　　Kevin G. Kenneally, BBO No. 550050
　　　　　　　　　　　　　　　　　　　　　DONOVAN HATEM LLP
　　　　　　　　　　　　　　　　　　　　　Two Seaport Lane
　　　　　　　　　　　　　　　　　　　　　Boston, MA  02210
Dated: 6/3/05　　　　　　　　　　　　　　617-406-4513


/s/ Carylyn Shore
Carylyn Shore

Dated: 6/3/05