UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF EASTERN MASSACHUSETTS

JOSEPH A. KINSELLA, As Administrator, )
*et al.*,                              )
        Plaintiffs,                )
                                      )
v.                                     ) CIVIL ACTION NO. 05-10232-NMG
                                      ) (JUDGE NATHANIEL M. GORTON)
INSURANCE COMPANY OF NORTH             )
AMERICA, *et al.*,                     )
        Defendants.                )
                                      )

## STATEMENT OF DISCLOSURE
## BY COUNSEL TO CORD MITCHELL SHORE

We do hereby certify as follows:

1. I, Paul G. Boylan, with my partner, Kevin G. Kenneally, am an attorney for defendant Cord Mitchell Shore in the above-captioned action.

2. I, Cord Mitchell Shore, am a defendant in the above-captioned action.

3. We have conferred together with a view to establishing a budget for said litigation. We have also considered alternative courses for the litigation and have considered resolution through the use of alternative dispute resolution programs.

Defendant,
CORD MITCHELL SHORE
By his attorneys,

Paul G. Boylan, BBO No. 052320
Kevin G. Kenneally, BBO No. 550050
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Dated:                                 617-406-4513

_____
Cord Mitchell Shore

Dated: 6/3/05

