UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>                    Defendants. | CIVIL ACTION NO. 05-10232 NMG |

## DEFENDANT GENERAL STAR INDEMNITY COMPANY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby affirm that they have conferred with a view to establishing, insofar as it is possible at this preliminary stage, a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

                              GENERAL STAR INDEMNITY COMPANY,

                    By:    /s/ John G. Carroll_____
                              John G. Carroll
                              Vice President and Claim Counsel of General Star
                              Management Co., the managing general agent of
                              General Star Indemnity Company

/s/ Samuel M. Furgang
Samuel M. Furgang, BBO #559062
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: June 9, 2005

363519