Certificate of Service

    The undersigned counsel for defendant Toad Hall Corp., *et al.*, today gave notice of the foregoing **Statements of Disclosure by Counsel (for each of defendants Joseph Jay Shore, Cord Mitchell Shore, Carylyn Shore, and Toad Hall Corp.)** by first-class mail to counsel for plaintiffs **Kinsella,** *et al.,* Andrew V. Buchsbaum, Friedman & James LLP, 132 Nassau Street, New York, NY 10038, and Sarah B. Herlihy, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111; counsel for **Wyman Charter Corp.**, Bertram E. Snyder and Patrick O. McAleer, Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110; and counsel for **Michael Wyman**, Thomas E. Clinton, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108.

Dated: June 7, 2005               *[signature] Paul G. Boylan*

24100.1/./00921430.