UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, As Administrator And Personal Representative Of The Estate Of Katherine Kinsella, And Joseph A. Kinsella, Individually And On Behalf Of All Distributes Of Katherine Kinsella, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>Insurance Company Of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.<br><br>Defendants. | Civil Action No: 05-10232-NMG |

## WYMAN CHARTER CORP.'S LOCAL RULE 16.1 CERTIFICATION

Now comes the Defendant, Wyman Charter Corp. ("Wyman Charter") and its attorney and affirm that they have discussed costs and various alternative dispute resolution programs.

WYMAN CHARTER CORP.

By: _____
    Michael Wyman, President

L:\1372\085\Pld\014

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, As Administrator And Personal Representative Of The Estate Of Katherine Kinsella, And Joseph A. Kinsella, Individually And On Behalf Of All Distributes Of Katherine Kinsella, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>Insurance Company Of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.<br><br>Defendants. | Civil Action No: 05-10232-NMG |

## WYMAN CHARTER CORP.'S LOCAL RULE 16.1 CERTIFICATION

Now comes the Defendant, Wyman Charter Corp. ("Wyman Charter") and its attorney and affirm that they have discussed costs and various alternative dispute resolution programs.

WYMAN CHARTER CORP.

By: _____
    Michael Wyman, President

INSURANCE COMPANY OF NORTH AMERICA

By: _____[signature]_____
    Matthew Raia, Claims

BERTRAM E. SNYDER
Looney & Grossman, LLP

*/s/ Bert E...*

Attorney for Wyman Charter Corp.

## Certificate of Service

I hereby certify that on this 10th day of June 2005, I served the foregoing, by mailing a copy thereof, postage prepaid, to the following counsel of record:

Samuel M. Furgang, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY 10038

Peter G. Boylan, Esquire
Donovan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA 02210

Gary D. Centola, Esq.
Frank A. Valverde, Esq.
Rivkin Radler LLP
926 EAB Plaza
Uniondale, NY 11556

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Thomas E. Clinton, Esquire
Clinton & Muzyka, P.C.
One Washington Mall, S. 1400
Boston, MA 02108

David D. Dowd
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108

Ian McColgin
Defendant Pro-Se
P.O. Box 1991
Hyannis, MA 02601

/s/ Bertram E. Snyder
Bertram E. Snyder

L:\1372\069\Pld\014

2