UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHERINE KINSELLA, AND JOSEPH A. KINSELLA, INDIVIDUALLY AND ON BEHALF OF ALL DISTRIBUTEES OF KATHERINE KINSELLA, DECEASED, <br><br>Plaintiffs, <br><br>vs. <br><br>INSURANCE COMPANY OF NORTH AMERICA, GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE AND TOAD HALL CORP. <br><br>Defendants. | Civil Action No. 05-10232-NMG |

## DEFENDANT INSURANCE COMPANY OF NORTH AMERICA'S CERTIFICATION

The undersigned counsel and representative of Defendant Insurance Company of North America hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those described in Local Rule 16.4.

- 2 -

INSURANCE COMPANY OF
NORTH AMERICA

| | |
|---|---|
| \_\_\_/s/Matthew Raia_____ | \_\_\_\_/s/David D. Dowd_____ |
| Matthew Raia | David D. Dowd, BBO#132660 |
| | Curley & Curley, P.C. |
| | 27 School Street, Suite 600 |
| | Boston, MA   02108 |
| June 10, 2005 | (617) 523-2990/(617) 523/7602 fax |
| | ddd@curleylaw.com |

**Certificate of Service**

      I, David D. Dowd, hereby certify that on the date above written I served a true copy of the foregoing pleading by first class mail, postage prepaid, directed to:

| | |
|---|---|
| Samuel M. Furgang, Esquire | David E. Lurie, Esquire |
| Sugarman, Rogers, Barshak & Cohen, P.C. | Lurie & Krupp, LLP |
| 101 Merrimac Street | One McKinley Square |
| Boston, MA   02114-4737 | Boston, MA   02109 |
| | |
| Andrew V. Buchsbaum, Esquire | Thomas E. Clinton, Esquire |
| Friedman & James LLP | Clinton & Muzyka, P.C. |
| 132 Nassau Street | One Washington Mall, S. 1400 |
| New York, NY   10038 | Boston, MA   02108 |
| | |
| Peter G. Boylan, Esquire | Bertram E. Snyder, Esquire |
| Donovan & Hatem, LLP | Looney & Grossman, LLP |
| World Trade Center | 101 Arch Street |
| Two Seaport Lane, 8th Floor | Boston, MA   02110 |
| Boston, MA   02210 | |

                            \_\_\_/s/David D. Dowd_____
                            David D. Dowd