UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>                Plaintiffs,<br><br>                v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>                Defendants. | CIVIL ACTION NO. 05-10232 NMG |

### DEFENDANT, GENERAL STAR INDEMNITY COMPANY'S RULE 26(a)(1) DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(a), the defendant, General Star Indemnity Company ("General Star"), hereby provides its initial disclosure. The production of documents or identification of individuals in connection with this initial disclosure is not intended to be, nor shall it be construed as, a waiver of any applicable objection to the admissibility of such documents or the testimony of such individuals which may be interposed at trial.

### DISCLOSURES

1.     Fed. R. Civ. P. 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information that the

disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information:

  A. Other than the parties in this action and the underlying action of *Kinsella v. Wyman Charter Corp. et al,* Civil Action No. 04-11615, at this time General Star is not aware of other witnesses with discoverable information.

  2. <u>Fed. R. Civ. P. 26(a)(1)(B)</u>:  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the party may use to support its claims or defenses:

  A. The potentially applicable insurance policies.

  3. <u>Fed. R. Civ. P. 26 (a)(1)(C)</u>:  A computation of any category of damages claimed by disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

  A. Not applicable.

  4. <u>Fed. R. Civ. P. 26(a)(1)(D)</u>:  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  A. General Star Indemnity Company policy number IMA641349B.

Defendant,
GENERAL STAR INDEMNITY COMPANY
By its Attorneys,

__/s/_ Samuel M. Furgang_____
Samuel M. Furgang, BBO #559062
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: June 27, 2005

CERTIFICATE OF SERVICE

I, Samuel M. Furgang, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY 10038

Patrick O. McAleer, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110

Mark W. Roberts, Esquire
McRoberts, Roberts & Rainer, LLP
53 State Street, Exchange Place
Boston, MA 02109

Gary D. Centola, Esquire
Frank A. Valverde, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, NY 11556

/s/ Samuel M. Furgang
_____
Samuel M. Furgang

363516