UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator and Personal representative Of The Estate Of Katherine Kinsella, And JOSEPH A. KINSELLA, Individually And On Behalf Of All Distributees Of Katherine Kinsella, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE COMPANY OF NORTH AMERICA GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE, AND TOAD HALL CORP.,<br><br>Defendants. | CIVIL ACTION NO.<br>05-10232-NMG<br><br>(JUDGE NATHANIEL M. GORTON)<br><br>DEFENDANT'S AUTOMATIC DISCLOSURES PURSUANT TO RULE 26(a)(1) |

---

Defendant, Fireman's Fund Insurance Company ("FFIC"), by and through its attorneys, MCROBERTS, ROBERTS & RAINER, L.L.P. and RIVKIN RADLER LLP, disclose the following information in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**INTRODUCTORY STATEMENT**

The following disclosures are made based on the information reasonably available to FFIC as of the date of this statement. By making these disclosures, FFIC does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit, nor does it waive its right to object to the production of any documents or tangible thing on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid objection. Rather, FFIC's disclosures represent its good faith effort to identify information subject to the disclosure requirements of Rule 26(a)(1).

FFIC's disclosures are made without in any way waiving: (1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other proper ground, to the use of any such information for any purpose, in whole or in part, in any subsequent stage or proceeding in this action or any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery proceeding involving or relating to the subject matter of these disclosures. All of the disclosures set forth below are made subject to the above comments and qualifications.

## DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

(A)     Pursuant to Fed. R. Civ. P. 26(a)(1)(A), FFIC states that it is not aware of any individuals with discoverable information other than the parties herein and possibly the parties in the underlying action entitled *Kinsella v. Wyman Charter Corp. et al.*, Civil Action No. 04-11615 NMG.

(B)     Pursuant to Fed. R. Civ. P. 26(a)(1)(B), FFIC states that relevant documents in FFIC's possession, including the relevant FFIC insurance policy and the underlying General Star Indemnity Co. insurance policy, are annexed to FFIC's Answer to the Complaint. FFIC may also rely on its claims file and underwriting file to support its defenses.

(C)     Fed. R. Civ. P. 26(a)(1)(C) is not applicable to FFIC.

(D)     Pursuant to Fed. R. Civ. P. 26(a)(1)(D), FFIC states that the relevant FFIC insurance policy is annexed to FFIC's Answer to the Complaint.

FFIC respectfully reserves the right to change or supplement any automatic disclosure which may subsequently appear to be incomplete or incorrect.

I hereby certify that to the best of my knowledge, information and belief, formed after an inquiry that was reasonable under the circumstances, that the above disclosures are complete and correct as of this date and that discovery is ongoing.

Dated: Uniondale, New York
June 22, 2005

Yours, etc.

RIVKIN RADLER LLP

By: _____
GARY D. CENTOLA (*pro hac vice*)
FRANK A. VALVERDE (*pro hac vice*)
Attorneys for Defendant
Fireman's Fund Insurance Co.
926 EAB Plaza
Uniondale, NY 11556-0926
(516) 357-3000

MCROBERTS, ROBERTS & RAINER, L.L.P.

By: _____
MARK W. ROBERTS, BBO #_____
Attorneys for Defendant
Fireman's Fund Insurance Co.
Exchange Place
53 State Street
Boston, MA 02139

TO:  David E. Lurie, Esq.
     Lurie & Krupp, LLP
     Attorneys for Plaintiffs
     One McKinley Square
     Boston, MA 02109
     (617) 367-1970

Andrew V. Buchsbaum, Esq.
Friedman & James LLP
Attorneys for Plaintiffs
132 Nassau Street
New York, NY 10038
(212) 233-9385

Paul G. Boylan, Esq.
Donovan Hatem LLP
Attorneys For Toad Hall Corp.
and the Shore defendants
Two Seaport Lane
Boston, MA 02210
(617) 406-4513

Bertram E. Snyder, Esq.
Looney & Grossman LLP
Attorneys for defendant Wyman Charter Corp.
101 Arch Street
Boston, MA 12108

Samuel M. Furgang, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
Attorneys for defendant General Star Indemnity Co,
101 Merrimac Street
Boston, MA 02114

Thomas E. Clinton, Esq.
Clinton & Muzyka, P.C.
Attorneys for defendant Michael P. Wyman
One Washington Mall, Suite 1400
Boston, MA 02108

David E. Dowd, Esq.
Curley & Curley, P.C.
Attorneys for defendant Insurance
Company of North America
27 School Street, Suite 600
Boston, MA 02108

1868371 v1

4

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

I, JOANN FIORELLO, being sworn, say:

I am not a party to the action, am over 18 years of age and reside in MALVERNE, NEW YORK.

On **June 24, 2005**, I served the within **DEFENDANT'S AUTOMATIC DISCLOSURES PURSUANT TO RULE 26(a)(1)** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

David E. Lurie, Esq.
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Andrew V. Buschsbaum, Esq.
Friedman & James LLP
132 Nassau Street
New York, NY 10038

Paul G. Boylan, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Bertram E. Snyder, Esq.
Looney & Grossman LLP
101 Arch Street
Boston, MA 12108

Samuel M. Furgang, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114

Thomas E. Clinton, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

David E. Dowd, Esq.
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108

_____
**JOANN FIORELLO**

Sworn to before me this
24th day of June, 2005

_____
Notary Public

1865318 v1

CHRISTINE ENERSEN
Notary Public, State Of New York
No. 01EN4819753
Qualified In Suffolk County
Commission Expires April 30, 20 06