UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHERINE KINSELLA, AND JOSEPH A. KINSELLA, INDIVIDUALLY AND ON BEHALF OF ALL DISTRIBUTEES OF KATHERINE KINSELLA, DECEASED, <br><br>Plaintiffs,<br><br>vs.<br><br>INSURANCE COMPANY OF NORTH AMERICA, GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE AND TOAD HALL CORP.<br><br>Defendants. | Civil Action No. 05-10232-NMG |

**DEFENDANT INSURANCE COMPANY OF
NORTH AMERICA'S RULE 26(a)(1) AUTOMATIC DISCLOSURE**

**Rule 26(a)(1)(A)**

The parties to this and the underlying action, Kinsella v. Wyman Charter Corp., may have discoverable information.

All persons aboard the Sea Genie II during the cruise when Catherine Kinsella went overboard may have discoverable information. Their names and addresses should be available from police records and payroll and other records maintained by Toad Hall Corp.

- 2 -

Investigating officers of the Barnstable Police Department, including Lt. D. Cameron, the Massachusetts State Police and the U.S. Coast Guard may have discoverable information.

**Rule 26(a)(1)(B)**

The U.S. Coast Guard report (redacted), the Town of Barnstable transcript of hearings and the Report of the Hearing Officer to the Town Manager and the Exhibits to each are in Insurance Company of North America's current possession and may be relevant.

**Rule 26(a)(1)(C )**

Not applicable.

**Rule 26(a)(1)(D)**

Insurance Company of North America policy has been produced with Insurance Company of North America's Answer and Counterclaim.

By its Attorneys,

Date:  July 26, 2005        S/David D. Dowd_____
David D. Dowd, BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA   02108
(617) 523-2990
ddd@curleylaw.com

**Certificate of Service**

I, David D. Dowd, hereby certify that on the date above written I served a true copy of the foregoing pleading by first class mail, postage prepaid, directed to:

Samuel M. Furgang, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA   02114-4737
    furgang@srbc.com

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA   02109
    dlurie@luriekrupp.com

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY   10038
    abuchsbaum@friedmanjames.com

Thomas E. Clinton, Esquire
Clinton & Muzyka, P.C.
One Washington Mall, S. 1400
Boston, MA   02108
    tclinton@clinmuzyka.com

Paul G. Boylan, Esquire
Donovan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA   02210
    pboylan@donovanhatem.com

Bertram E. Snyder, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA   02110
    bertsnyder@lgllp.com

Sarah B. Herlihy, Esquire
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
One Financial Center
Boston, MA   02111
    sbherlihy@mintz.com

Mark W. Roberts, Esquire
McRoberts, Roberts & Rainier, LLP
53 State Street
Boston, MA   02109
    mroberts@mcrobertslaw.com

    S/David D. Dowd_____