UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF EASTERN MASSACHUSETTS

_____
JOSEPH A. KINSELLA, As Administrator and )
Personal Representative Of The Estate Of )
Katherine Kinsella, And JOSEPH A. )
KINSELLA, Individually And On Behalf Of )
All Distributees Of Katherine Kinsella, )
Deceased, )
        Plaintiffs, )
        )
   v. ) CIVIL ACTION NO. 05-10232-NMG
INSURANCE COMPANY OF NORTH ) (JUDGE NATHANIEL M. GORTON)
AMERICA, GENERAL STAR INDEMNITY )
COMPANY, FIREMAN'S FUND )
INSURANCE COMPANY, WYMAN )
CHARTER CORP., MICHAEL P. WYMAN, )
JOSEPH JAY SHORE, CORD MITCHELL )
SHORE, CARYLYN SHORE, AND )
TOAD HALL CORP., )
        Defendants. )
_____)

## RULE 26(a)(1) INITIAL DISCLOSURE BY SHORE DEFENDANTS

      Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(a), defendants Joseph Jay Shore, Cord Mitchell Shore, Carylyn Shore, and Toad Hall Corp. (together "Shore defendants") hereby provide initial disclosure. Production or identification of documents or individuals in connection with this initial disclosure is not intended to be, nor shall it be construed as, a waiver of any applicable objection to the admissibility of such documents or the testimony of such individuals which may be interposed at trial.

**DISCLOSURES.**

      1.    <u>Fed. R. Civ. P. 26(a)(1)(A)</u>: The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing parties, the Shore defendants, may use to support its claims or defenses, unless

solely for impeachment, identifying the subjects of information:

  A. Other parties and witnesses in this action and the underlying action, <u>Kinsella v. Wyman Charter Corp. et al.</u>, D.Mass., C.A. No. 04-11615 ("underlying action").

  2. <u>Fed. R. Civ. P. 26(a)(1)(B)</u>:  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the party may use to support its claims or defenses:

  A. The applicable insurance policies.

  B. Documents disclosed or to be disclosed by parties or nonparties in the underlying action or in this action.

  3. <u>Fed. R. Civ. P. 26 (a)(l)(C)</u>:  A computation of any category of damages claimed by the disclosing parties, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

  A. Materials identifying and recording attorneys' fees or other expenses or liabilities of any defendant in this action or in the underlying action.

  4. <u>Fed. R. Civ. P. 26(a)(1)(D)</u>:  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  A. Not applicable to these defendants other than policies disclosed by insurance defendants here.

|  |  |
|---|---|
|  | Defendant, |
|  | JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARYLYN SHORE, and TOAD HALL CORP., |
|  | By their attorneys, |
|  |  |
|  | /S/ Paul G. Boylan |
|  | Paul G. Boylan, BBO No. 052320 |
|  | Kevin G. Kenneally, BBO No. 550050 |
|  | DONOVAN HATEM LLP |
|  | Two Seaport Lane |
|  | Boston, MA  02210 |
| Dated:  July 27, 2005. | 617-406-4513 |

Certificate of Service

The undersigned counsel for defendants Joseph Jay Shore, *et al.*, today gave notice of the foregoing **Rule 26(a)(1) Initial Disclosure By Shore Defendants** by *e-mail and first-class mail* to counsel for plaintiffs **Kinsella,** *et al***.** in the declaratory judgment action, David E. Lurie, Lurie & Krupp, LLP, One McKinley Square, Boston, MA  02109, and Andrew V. Buchsbaum, Friedman & James LLP, 132 Nassau Street, New York, NY  10038; counsel for **Wyman Charter Corp**., Bertram E. Snyder and Patrick O. McAleer, Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110; counsel for **Michael Wyman**, Thomas E. Clinton, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; counsel for **Insurance Company of North America**, David D. Dowd, Curley & Curley, P.C., 27 School Street, Suite 600, Boston, MA 02108; counsel for **General Star**, Samuel M. Furgang, Sugarman, Rogers, Barshak & Cohen, P.C., 101 Merrimac Street, Boston, MA 02114-4737; and counsel for **Fireman's Fund**, Mark W. Roberts, McRoberts, Roberts & Rainer, LLP, 53 State Street, Exchange Place, Boston, MA 02109, and Gary D. Centola and Frank A. Valverde (admitted *pro hac vice*), Rivkin Radler LLP, 926 EAB Plaza, Uniondale, NY  11556-0926.

|  |  |
|---|---|
| Dated:  July 27, 2005. | /S/ Paul G. Boylan |

24100.1//00933156.