UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHERINE KINSELLA, AND JOSEPH A. KINSELLA, INDIVIDUALLY AND ON BEHALF OF ALL DISTRIBUTEES OF KATHERINE KINSELLA, DECEASED, <br><br>Plaintiffs, <br><br>vs. <br><br>INSURANCE COMPANY OF NORTH AMERICA, GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARALYN SHORE AND TOAD HALL CORP. <br><br>Defendants. | Civil Action No. 05-10232-NMG |

### DEFENDANT, INSURANCE COMPANY OF NORTH AMERICA'S SUPPORT AND JOINDER OF DEFENDANT FIREMAN'S FUND INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(C) FOR LACK OF STANDING

Defendant, Insurance Company of North America ("INA") supports Fireman's Fund Insurance Company's Motion to Dismiss Plaintiff's claim for lack of standing to bring a direct action against an insurer under governing Massachusetts law. For the same procedural reasons expressed by Fireman's Fund Insurance Company, Defendant INA moves for dismissal of Plaintiff Kinsella's declaratory judgment action against INA, as well.

INSURANCE COMPANY OF NORTH AMERICA

By its Attorneys,

Date: __August 15, 2005__   s/David D. Dowd
David D. Dowd, BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108
(617) 523-2990

## Certificate of Service

I, David D. Dowd, hereby certify that on the date above written I served a true copy of the foregoing pleading by first class mail, postage prepaid, directed to:

Samuel M. Furgang, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY 1003 8

Thomas E. Clinton, Esquire
Clinton & Muzyka, P.C.
One Washington Mall, S. 1400
Boston, MA 02108

Peter G. Boylan, Esquire
Donovan & Hatem, LLP
World Trade Center
Two Seaport Lane, 8th Floor
Boston, MA 02210

Bertram E. Snyder, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110

Frank A. Valverde, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, NY 11556

s/David D. Dowd
David D. Dowd