UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF EASTERN MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator and Personal Representative Of The Estate Of Katherine Kinsella, And JOSEPH A. KINSELLA, Individually And On Behalf Of All Distributees Of Katherine Kinsella, Deceased,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INSURANCE COMPANY OF NORTH AMERICA, GENERAL STAR INDEMNITY COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CARYLYN SHORE, AND TOAD HALL CORP.,<br>　　　　　Defendants. | CIVIL ACTION NO. 05-10232-NMG<br>(JUDGE NATHANIEL M. GORTON) |

**ASSENTED-TO MOTION AS TO TIME FOR OPPOSITION**

　　　　Plaintiff Kinsella and the Shore defendants with the assent of the moving party, Fireman's Fund, hereby requests that the time for response and opposition to the Fireman's Fund Motion for Dismissal served on or about August 5, 2005 be extended to August 24, 2005. Fireman's Fund assents to this motion.

| | |
|---|---|
| Plaintiff,<br>JOSEPH A. KINSELLA, As<br>Administrator, et al.<br>By his attorneys,<br><br>　/S/ Andrew V. Buchsbaum (PGB)<br>Andrew V. Buchsbaum<br>FRIEDMAN & JAMES LLP<br>132 Nassau Street<br>New York, NY  10038<br>212-233-9385<br>Dated:  August 17, 2005. | Defendants,<br>JOSEPH J. SHORE, et al.<br>By their attorneys,<br><br>　/S/ Paul G. Boylan<br>Paul G. Boylan, BBO No. 052320<br>Kevin G. Kenneally, BBO No. 550050<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>617-406-4513<br>Dated:  August 17, 2005. |

**ASSENTED TO:**

Defendant,
FIREMAN'S FUND INSURANCE
COMPANY
By its attorney,


   /S/ Frank A. Valverde (PGB)
Gary D. Centola, Esq., *pro hac vice*
Frank A. Valverde, Esq., *pro hac vice*
RIVKIN RADLER LLP
926 EAB Plaza
Uniondale, NY  11556-0926
516-357-3000
Dated:  August 17, 2005.


Certificate of Service

The undersigned counsel for defendants Joseph Jay Shore, *et al*., today gave notice of the foregoing **Assented-To Motion As To Time For Opposition** by *e-mail and first-class mail* to counsel for plaintiffs **Kinsella,** *et al*. in the declaratory judgment action, David E. Lurie, Lurie & Krupp, LLP, One McKinley Square, Boston, MA 02109, and Andrew V. Buchsbaum, Friedman & James LLP, 132 Nassau Street, New York, NY 10038; counsel for **Wyman Charter Corp**., Bertram E. Snyder and Patrick O. McAleer, Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110; counsel for **Michael Wyman**, Thomas E. Clinton, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; counsel for **Insurance Company of North America**, David D. Dowd, Curley & Curley, P.C., 27 School Street, Suite 600, Boston, MA 02108; counsel for **General Star**, Samuel M. Furgang, Sugarman, Rogers, Barshak & Cohen, P.C., 101 Merrimac Street, Boston, MA 02114-4737; and counsel for **Fireman's Fund**, Mark W. Roberts, McRoberts, Roberts & Rainer, LLP, 53 State Street, Exchange Place, Boston, MA 02109, and Gary D. Centola and Frank A. Valverde (admitted *pro hac vice*), Rivkin Radler LLP, 926 EAB Plaza, Uniondale, NY  11556-0926.


Dated:  August 17, 2005.                           /S/ Paul G. Boylan


24100.1//938780.