UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>     Plaintiffs,<br><br>     v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>     Defendants. | CIVIL ACTION NO. 05-10232 NMG |

## **ASSENTED-TO MOTION FOR FILING OPPOSITION**

Defendant General Star Indemnity Company, with the assent of moving party, Toad Hall Corp., hereby requests that the time for response and opposition to Toad Hall Corp.'s Cross-motion for Partial Summary Judgment be extended to September 16, 2005. Toad Hall Corp. assents to this motion.

        Defendant, GENERAL STAR INDEMNITY COMPANY,

        By: /s/ Samuel M. Furgang
           Samuel M. Furgang, BBO #559062
           SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
           101 Merrimac Street, 9th Floor
           Boston, MA 02114
           (617) 227-3030

ASSENTED TO:

Defendant, TOAD HALL, CORP.

By: /s/ Paul G. Boylan_____
 Paul G. Boylan, Esquire, BBO #052320
 DONOVAN HATEM LLP
 World Trade Center East
 Two Seaport Lane
 Boston, MA 02210

Dated: September 2, 2005

367184