UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>Defendants. | CIVIL ACTION NO. 05-10232 NMG |

## **ASSENTED-TO MOTION AS TO TIME FOR FILING OPPOSITION**

Defendant General Star Indemnity Company, with the assent of moving party, Toad Hall Corp., hereby requests that the time for response and opposition to Toad Hall Corp.'s Cross-motion for Partial Summary Judgment be extended to September 26, 2005. Toad Hall Corp. assents to this motion.

Defendant, GENERAL STAR INDEMNITY COMPANY,

By:  /s/ Samuel M. Furgang
      Samuel M. Furgang, BBO #559062
      SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
      101 Merrimac Street, 9th Floor
      Boston, MA 02114
      (617) 227-3030

                <u>ASSENTED TO</u>:

                Defendant, TOAD HALL, CORP.

                By:    /s/ Paul G. Boylan_____
                          Paul G. Boylan, Esquire, BBO #052320
                          Donovan Hatem LLP
                          World Trade Center East
                          Two Seaport Lane
                          Boston, MA 02210

Dated: September 15, 2005

367601