UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>          Plaintiffs,<br><br>          v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>          Defendants. | CIVIL ACTION NO. 05-10232 NMG |

## AFFIDAVIT OF SAMUEL M. FURGANG

I, Samuel M. Furgang, upon my oath, depose and state as follows:

1. I am a member of the law firm of Sugarman, Rogers, Barshak and Cohen, P.C., and represent General Star Indemnity Company ("General Star") in this matter.

2. I make this Affidavit in support of General Star's Cross-Motion for Summary Judgment and Opposition to Toad Hall's Cross-Motion for Partial Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of the General Star insurance policy number IMA641349B including the listed forms and endorsements, issued to Toad Hall Corp. d/b/a Harbor Parking, providing commercial general liability coverage.

4.       Attached hereto as Exhibit 2 is a true and correct copy of the amended complaint filed by Joseph Kinsella in the United States District Court, District of Massachusetts, entitled *Kinsella v. Wyman Charter Corp. et al.,* Civil Action No. 04-11615 NMG.

5.       Attached hereto as Exhibit 3 is a true and correct copy of the original complaint filed by Joseph Kinsella in the United States District Court, District of Massachusetts, entitled *Kinsella v. Wyman Charter Corp. et al.,* Civil Action No. 04-11615 NMG6.

Signed under the pains and penalties of perjury this 26th day of September, 2005.

/s/ Samuel M. Furgang_____
Samuel M. Furgang

Dated: September 26, 2005

## **CERTIFICATE OF SERVICE**

I, Samuel M. Furgang, hereby certify that September 26, 2005, I served a copy of this Affidavit on the following counsel of record:

<u>Via Electronic Mail</u>:

Paul G. Boylan, Esquire
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

David D. Dowd, Esquire
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Thomas E. Clinton, Esquire
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Andrew V. Buchsbaum, Esquire
Friedman & James LLP
132 Nassau Street
New York, NY 10038

<u>Via First Class Mail</u>:

Gary D. Centola, Esquire
Frank A. Valverde, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, NY 11556

Bertram E. Snyder, Esquire
Patrick O. McAleer, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Mark W. Roberts, Esquire
McRoberts, Roberts & Rainer, LLP
53 State Street, Exchange Place
Boston, MA 02109

                              /s/ Samuel M. Furgang
                              Samuel M. Furgang

367969

4