UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Insurance Company of North America, General Star Indemnity Company, Fireman's Fund Insurance Company, Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore and Toad Hall Corp.,<br><br>Defendants. | Civil Action No.:  05-10232-NMG |

## NOTICE OF WITHDRAWAL

Please take notice that David E. Lurie, Sara A. Laroche, and Thomas E. Lent hereby withdraw their appearances in this matter on behalf of plaintiffs Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella.

                                        Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella,

By their attorneys,

/s/ David E. Lurie
/s/ Thomas E. Lent
/s/ Sara A. Laroche
_____
David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# #644970
Sara A. Laroche, BBO# 652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: 617-367-1970

Dated: January 23, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on January 23, 2005, a true copy of the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

_____
Sara A. Laroche